# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
### SOUTHERN DIVISION

**JUDGMENT IN A CIVIL CASE**

NICHOLAS HANSON,

      Plaintiff,

      **V.**                      Case No.  04-3231-CV-S-REL-SSA

JO ANNE B. BARNHART,

      Defendant.

☐    **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

■    **DECISION OF THE COURT**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED**

        that plaintiff's motion for summary judgment is denied.

    **IT IS FURTHER ORDERED**

        that the decision of the Commissioner is affirmed**.**

Entered on: August 25, 2005

                               P. L. BRUNE
                               CLERK OF COURT

                               */s/ Bonnie Rowland*
                               Courtroom Deputy